# LAW OFFICE OF ROBERT OSUNA, PC
## 11 PARK PLACE, SUITE 1100
## NEW YORK, NEW YORK 10007
## 212.233.1033
### ROBERTOSUNAPC@YAHOO.COM

Via ECF

November 21, 2025

Hon. Naomi Reice Buchwald
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.  Defendant's submission will be due February 16, 2025.  The government's submission will be due February 23, 2025.  The sentencing is adjourned to 11:00 A.M. on March 3, 2025.
> **So ordered.**
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> November 24, 2025

Re:   *United States v. Bradley Wilson*, 25 Cr. 377
      *Request to Adjourn Sentencing with the Consent of the Government*

Dear Judge Buchwald,

    As Your Honor is aware, my office represents Mr. Wilson, who is currently scheduled to be sentenced on December 16, 2025.

    I write to Your Honor seeking an adjournment of my client's sentencing as I am scheduled to start a trial in the matter of People v. Olmedo Osorio in Queens County on December 4th, 2025. We expect the trial to continue into the week of December 15th.

    I have conferred with the Government and they have consented to my request.

    Due to additional trials and other matters that the parties are engaged in during the upcoming months, we ask for a date in the first week of March 2026 when the Court is available.

    I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:   Robert Osuna, Esq.