

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 23, 2026

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  **Re:**  *United States v. Bradley Wilson*, 25 Cr. 377 (NRB)

Dear Judge Buchwald:

  The Government writes respectfully to seek a one-day extension of its deadline to file a sentencing submission in this case. The Government's submission is currently due today, February 23, 2026, and the requested extension is to Tuesday, February 24, 2026. This is the Government's first request for an extension, and the defendant consents. This request does not affect any other scheduled dates in this case.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney

       by:  /s/
         Justin Horton
         Assistant United States Attorney
         (212) 637-2276

cc:  Robert Osuna, Esq. (by ECF)

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    February 24, 2026